IN THE COURT OF COMMON PLEAS FOR BUTLER COUNTY, OHIO
CIVIL DIVISION

FERDEREE MORRIS
290 Victory Lane
Franklin, Ohio 45005
    Plaintiff

v.

AMAZON
4250 Port Union Road
Fairfield, Ohio 45011
    Defendant

and

JOHN/JANE DOES x100
    Defendants

Case No_____

**COMPLAINT FOR DISCRIMINATION, RETALIATION IN VIOLATION OF AMERICANS WITH DISABILITIES ACT OF 1990**

**JURY DEMAND ENDORSED HEREON**

1. This complaint alleges that Defendant Amazon and/or John/Jane Doe Defendants, whether individually or collectively discriminated against Plaintiff and retaliated against her because of her stated and known disabilities with respect to her employment with Defendant Amazon.

2. Plaintiff at all relevant times was an employee of Defendant Amazon, and stated her disabilities prior to being employed at Amazon.

3. Defendant Amazon is an online retailer that sells products such as books, music, videos, consumer electronics, apparel, sporting goods, tools, hardware, and toys through the Internet.

4. Defendant John/Jane Does are supervisory employees of Defendant Amazon having vicarious liability with nexus to events herein complained.

5. Plaintiff alleges that she has exhausted all available EEOC measures prior to bringing this lawsuit.

# AFFIDAVIT OF INDIGENCY



FILED
2018 NOV 30 PM 3:28
MARY L. SWAIN
BUTLER COUNTY
CLERK OF COURTS

State of Ohio
County of Butler, ss:

Ferderee Morris, affiant, after first being duly sworn deposes and states that she has no financial means to prepay any fees or costs associated with the accompanying complaint as she is without employment and has no thing of value to provide in lieu of costs or fees.

_____
Ferderee Morris

Sworn and subscribed before me, a notary, on this 30TH day of November 20 18.

_____
Notary

My commission expires: 06/03/2023

**DEIDRE THOMPSON**
Notary Public
State of Ohio
Commission Expires 06/03/2023

**APPENDIX C (L.R. 2.04, fka 1.09)**

**IN THE COMMON PLEAS COURT, BUTLER COUNTY, OHIO**

FILED
2018 NOV 30 PM 3: 27
MARY L. SWAIN
BUTLER COUNTY
CLERK OF COURTS

2018 11 2676

Petitioner/Plaintiff

CASE NO:

vs

**ORDER APPROVING MOTION TO PROCEED *IN FORMA PAUPERIS***

Respondent/Defendant

---

Upon Motion of the

__X__ petitioner/plaintiff     _____ movant

_____ respondent/defendant     _____ (other)

in this proceeding, the Court having considered the affidavit and support documentation of the movant, it is:

ORDERED that the movant may proceed *In Forma Pauperis* in these proceedings.

Approved:

_____
Judge, Court of Common Pleas

MARY L. SWAIN
BUTLER COUNTY CLERK OF COURTS
**IF UNDELIVERABLE
RETURN TO:**
Butler Co. Clerk of Courts
ATTN: Issuance
315 High Street, 5th Floor
Hamilton, Ohio 45011



USPS CERTIFIED MAIL™

9214 8901 9403 8300 0075 7891 75

**AMAZON
4250 PORT UNION RD
FAIRFIELD, OH 45011**

December 3, 2018

Z000014608

CV 2018 11 2676

By: Norma Martin



Z000014608

**AMAZON**
**4250 PORT UNION RD**
**FAIRFIELD, OH 45011**

Date:  December 3, 2018                                    Case No. : CV 2018 11 2676
                                 FERDEREE MORRIS vs. AMAZON

### SUMMONS ON COMPLAINT BY CERTIFIED MAIL
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

To the above named party: You are hereby summoned to answer a complaint that has been filed against you in the Butler County Common Pleas Court by the plaintiff(s) named herein. A copy of the complaint is attached.

You are required to serve upon the plaintiff(s) attorney, or upon the plaintiff(s) if there is no attorney of record, a copy of your answer to the complaint within 28 days after receipt of this summons, exclusive of the day of service. The answer must be filed with this court within three days after service on Plaintiff's attorney.

The name and address of the plaintiff(s) attorney is as follows:

   PRO SE

If you fail to appear and defend, judgment by default may be taken against you for the relief demanded in the complaint.

**MARY L. SWAIN**
Butler County Clerk of Courts

*Mary L. Swain*

By: Norma Martin
Deputy Clerk

GOVERNMENT SERVICES CENTER ● 315 HIGH STREET ● SUITE 550 ● HAMILTON, OHIO 45011-6016

BUTLER COUNTY CLERK OF COURTS
www.butlercountyclerk.org

# In The Common Pleas Court
# Butler County, Ohio

Government Services Center
315 High Street, 3rd Floor
Hamilton, Ohio 45011
www.bccommonpleas.org

*2018 DEC 20 PM 3:06*

FILE COPY
BUTLER COUNTY
CLERK OF COURTS

Case No. CV 2018 11 2676

### NOTICE OF REPORT

This is notice that your report hearing has been **SET** as follows:

Case Caption: FERDEREE MORRIS vs. AMAZON

Date: March 07, 2019

Time: 10:55 am

Before: Honorable Michael A. Oster Jr

Location: General Division Court Govt Serv Ctr 3rd floor,

All attorneys of record must file a 'Notice of Appearance' in every civil case. (Local Rule 5.03 "Filings")

If this case is a re-filing, please contact Honorable Michael A. Oster Jr's office and provide the case number and name of Judge on the original case.

It is important to note that your case may be assigned for trial at the report hearing. Please have your calendar available in the event that coordination of calendar dates is required. Prior to the report, you are asked to review possible amenable solutions such as arbitration, mediation or other type of alternative dispute resolution and at what point it would be appropriate.

For further reference, please see Local Rule 6.06, Assignment for Report.

**YOU ARE ADVISED THAT FAILURE TO APPEAR BY COUNSEL WILL RESULT IN SANCTIONS THAT COULD INCLUDE DISMISSAL OF YOUR CASE. NO TELEPHONIC HEARING ATTENDANCE ALLOWED.**

**IF A DEFAULT JUDGMENT IS GRANTED, THE COURT WILL VACATE THE STATUS REPORT HEARING WITHOUT NOTICE. PARTIES ARE RESPONSIBLE FOR CHECKING THE STATUS OF THE CASE PRIOR TO THE HEARING. ACCESS CASE INFORMATION ONLINE AT WWW.BCCOMMONPLEAS.ORG**

Copies to:
FERDEREE MORRIS
AMAZON

Sent by ordinary mail on Wednesday, December 19, 2018 by Shirley Lakes

FILED in Common Pleas Court
BUTLER COUNTY, OHIO

JAN 28 2019

MARY L. SWAIN
CLERK OF COURTS

IN THE COURT OF COMMON PLEAS
BUTLER COUNTY, OHIO

FERDEREE MORRIS

    Plaintiff,

v.

AMAZON

and

JOHN/JANE DOES x100

    Defendants.

Case No. CV 2018 11 2676

Judge Michael A. Oster, Jr.

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Morgan, Lewis & Bockius LLP, is hereby entering an appearance as counsel of record for Defendant Amazon in the above captioned action.

Dated: January 25, 2019

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Andrew Barber (OH #0091160)
andrew.barber@morganlewis.com
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone:+1.412.560.7449
Facsimile:+1.412.560.7001

*Attorney for Defendant Amazon*

## CERTIFICATE OF SERVICE

I, Andrew Barber, hereby certify that on January 25, 2019, I served the foregoing document via U.S. mail to Plaintiff, who is *pro se*:

Ferderee Morris
290 Victory Lane
Franklin, Ohio 45005
*Plaintiff*

Andrew J. Barber

**IN THE COURT OF COMMON PLEAS**
**BUTLER COUNTY, OHIO**

FERDEREE MORRIS

    Plaintiff,

v.

AMAZON

and

JOHN/JANE DOES x100

    Defendants.

Case No. CV 2018 11 2676

Judge Michael A. Oster, Jr.

### WAIVER OF SERVICE OF THE COMPLAINT

Pursuant to Ohio Civil Rule 4(D), Defendant Amazon, by and through its authorized counsel, waives service of summons of the Complaint filed by Plaintiff in this matter.

Dated: January 25, 2019

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Andrew Barber (OH #0091160)
andrew.barber@morganlewis.com
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone:+1.412.560.7449
Facsimile:+1.412.560.7001

*Attorney for Defendant Amazon*

## CERTIFICATE OF SERVICE

I, Andrew Barber, hereby certify that on January 25, 2019, I served the foregoing document via U.S. mail to Plaintiff, who is *pro se*:

> Ferderee Morris
> 290 Victory Lane
> Franklin, Ohio 45005
> *Plaintiff*

Andrew J. Barber